# RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:25-CV-62028-EA

Plaintiff:
**KYUNGHUI CRAFT**

vs.                                                                                                               DLE2026001818

Defendant:
**NISI-FL, INC., NISIUSA, INC., JIHWAN LEE A/K/A
JAY LEE, and RACHEL JEON**

For:
Nicolas Yoda

Received by DLE Process Servers, Inc. on the 9th day of January, 2026 at 2:14 pm to be served on **Jihwan Lee a/k/a Jay Lee, 1010 Reflections Cr, Apt. 108, Casselberry, FL 32707**.

I, Ketsy Camacho Padilla, do hereby affirm that on the **27th day of January, 2026** at **6:43 pm, I:**

**NON-SERVED** the **Alias Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** for the reason that I failed to find **Jihwan Lee a/k/a Jay Lee** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/14/2026  6:09 pm  Attempted service at 1010 Reflections Cr Apt. 108, Casselberry, FL 32707; no answer at door, blinds closed, lights off.  No noise or movements heard.  No parking spots assigned.
1/19/2026  3:50 pm  Attempted service at 1010 Reflections Cr Apt. 108, Casselberry, FL 32707; no answer at door, lights off, cats inside. No noise or movements heard.  No parking spots assigned.  The leasing office refused to release information.
1/22/2026  8:26 am  Attempted service at 1010 Reflections Cr Apt. 108, Casselberry, FL 32707; no answer at door, lights off, cats inside. No noise or movements heard.  There is a folded paper at the door, and the bunch of leaves is still at the door.  No parking spots assigned.
1/27/2026  6:43 pm  Attempted service at 1010 Reflections Cr Apt. 108, Casselberry, FL 32707; no answer at door, blinds closed, one light on inside. No noise or movements heard.  The folded paper and the bunch of leaves are gone.  I left a contact card at the door.   No parking spots assigned.

## RETURN OF NON-SERVICE For 0:25-CV-62028-EA

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury. I declare that I have read the foregoing Verified Return of Service and that the facts state are true F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

Ketsy Camacho-Padilla
Process Server CPS# 18-0067

**DLE Process Servers, Inc.**
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2026001818

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

1/07/26 6:43PM
KP 18-0067

| | |
|---|---|
| KYUNGHUI CRAFT | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:25-cv-62028-EA |
| NISI-FL, INC., NISIUSA, INC., JIHWAN LEE A/K/A JAY LEE, and RACHEL JEON | ) |
| *Defendant(s)* | ) |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JIHWAN LEE A/K/A JAY LEE
1010 Reflections Cir Apt 108
Casselberry, FL 32707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicolas A. Yoda, Esq.
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 9, 2026

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts