UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

KYUNGHUI CRAFT,

    Plaintiff,                                       CASE NO.: 0:25-cv-62028-EA

v.

NISI-FL, INC., NISIUSA, INC., JIHWAN
LEE A/K/A JAY LEE, and RACHEL JEON,

    Defendants.
_____/

**NOTICE OF FILING PROPOSED PLURIES SUMMONS**

Plaintiff, KYUNGHUI CRAFT, by and through her undersigned counsel, gives notice of filing her proposed Pluries Summons as to Defendant, JIHWAN LEE A/K/A JAY LEE.

Dated: February 4, 2026.

                                                                    **DEREK SMITH LAW GROUP, PLLC**
                                                                    *Counsel for Plaintiff*

                                                                    */s/ Nicolas A. Yoda*
                                                                    Nicolas A. Yoda, Esq.
                                                                    Florida Bar No.: 1015597
                                                                    Derek Smith Law Group, PLLC
                                                                    520 Brickell Key Drive, Suite O-301
                                                                    Miami, FL 33131
                                                                    Tel: (305) 946-1884
                                                                    Fax: (305) 503-6741
                                                                    Nicolasy@dereksmithlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2026, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              */s/ Nicolas A. Yoda*
                                              Nicolas A. Yoda, Esq.